■ PARK SUMMIT REALTY CORP. v LEN FRANK et al. — Motion for leave to appeal to the Court of Appeals granted and this court, pursuant to CPLR 5713 states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur — Murphy, P. J., Ross, Markewich, Bloom and Lynch, JJ.

■ In the Matter of JAMES EVAN SIFF, for Reinstatement. — Petition seeking vacatur of an order of this court and reinstatement of petitioner as an attorney and counselor at law in the State of New York, or for other relief, unanimously denied (Judiciary Law, § 90, subd 5, par b; Rules of App Div, 1st Dept, §§ 603.11, 603.14, 22 NYCRR 603.11, 603.14). Concur — Kupferman, J. P., Ross, Silverman, Bloom and Fein, JJ.

## (February 23, 1982)

■ NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., Appellants, v CITY OF NEW YORK et al., Respondents. NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., Appellants, v CITY OF NEW YORK et al., Respondents. — Order and judgment (one paper), Supreme Court, New York County (Price, J.), entered on January 14, 1982, unanimously affirmed, without costs and without disbursements. Execution and enforcement of this court's order is stayed for a period of two days from the date of its entry. No opinion. Concur — Sandler, J. P., Sullivan, Ross, Lupiano and Silverman, JJ.

■ KALIKOW CONSTRUCTION CORP., Respondent, v TRIO INDUSTRIES, INC., Appellant, et al., Defendants. — Order, Supreme Court, New York County (A. R. Tyler, J.), entered on October 27, 1981, unanimously affirmed, without costs and witout disbursements. In affirming, we do not pass upon the merits of the claim. No opinion. Concur — Kupferman, J. P., Ross, Carro, Silverman and Asch, JJ.